LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LEVY, | CASE NO. C 06 0613 EDL |
| Plaintiff, | Before the Honorable Elizabeth D. Laporte |
| v. | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY, | Conference Date: May 2, 2006 |
| Defendants. | Conference Time: 3:00 p.m.<br>Location: Courtroom E, 15th Floor<br>San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 2, 2006 Case Management Conference ("CMC") to September 5, 2006, at 10:00 a.m. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: May 1, 2006

_____
Honorable Judge Elizabeth D. Laporte
United States District Court Judge